**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-38907-PSH
  §
NASTASSIA PERRY §
  §
  §
  §
  Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/23/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/31/2012           By:  /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-38907-PSH |
| | § | |
| NASTASSIA PERRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $8,611.00
*and approved disbursements of*     $2,298.92
*leaving a balance on hand of[1] :*     $6,312.08

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,312.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,382.26 | $0.00 | $1,382.26 |
| David P. Leibowitz, Trustee Expenses | $4.95 | $0.00 | $4.95 |

Total to be paid for chapter 7 administrative expenses:     $1,387.21
Remaining balance:     $4,924.87

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $4,924.87 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,924.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,688.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | North Star Capital Acquisition/Salute Visa Go | $613.64 | $0.00 | $282.73 |
| 2 | Midland Credit Manangement, Inc./ Columbus Bank & Trust | $3,277.65 | $0.00 | $1,510.17 |
| 3 | Capital One Bank (USA), N.A. | $1,919.15 | $0.00 | $884.24 |
| 4 | Asset Acceptance, LLC assignee HSBC Bank Nevada, N.A. | $687.23 | $0.00 | $316.64 |
| 5 | ALPINE CAPITAL INVESTMENTS, LLC | $2,611.75 | $0.00 | $1,203.36 |
| 6 | Rjm Acquisitions Llc | $68.40 | $0.00 | $31.52 |
| 7 | Rjm Acquisitions Llc | $95.22 | $0.00 | $43.87 |
| 8 | Capital Recovery IV LLC/ Washington Mutual Bank | $794.62 | $0.00 | $366.12 |
| 9 | Jefferson Capital Systems LLC/ Tribute Mastercard | $621.21 | $0.00 | $286.22 |

|  | Total to be paid to timely general unsecured claims: | $4,924.87 |
|---|---|---|

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-38907-PSH
Nastassia Perry                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db          +Nastassia Perry,    251 E. 121st Pl,   #303,    Chicago, IL 60628-6705
18123319    +ALPINE CAPITAL INVESTMENTS, LLC,   c/o ALBERT LAW FIRM, P.C.,    29 N. WACKER DR. #550,
              CHICAGO, IL 60606-2851
17838192    #+Albert Law Firm,   205 W Randolph St #920,    Chicago, IL 60606-1814
17838195     Blatt Hasenmiller Leibsker & Moore,,   125 S. Wacker Dr.,    Ste. 400,   Chicago, IL 60606-4440
17838196    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
18044437     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
17838197    +Chase,   802 Delaware Ave,   Wilmington, DE 19801-1370
17838198    +City of Chicago,   Bureau of Parking,   121 N La Salle St RM 107 A,    Chicago, IL 60602-1232
17838200    +Collection,   15 Union St,   Lawrence, MA 01840-1866
17838199    +Collection,   700 Lonwater Dr,   Norwell, MA 02061-1796
17838201    +Credit Management,   4200 International Pwy,    Carrolton, TX 75007-1912
17838202    +Jefferson Capital Syst,   16 Mceland Rd,   Saint Cloud, MN 56303-2198
18347625    +Jefferson Capital Systems LLC,   Purchased From COMPUCREDIT CORPORATION,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999,   Orig By: TRIBUTE MASTERCARD
17838203     Markoff & Krasny,   29 N. Wacker Dr. Ste. 500,    Chicago, IL 60606-2854
17838205    +Midnight Velvet,   Swiss Colony Midnight Velvet,    1112 7th Ave,   Monroe, WI 53566-1364
17838206    +Olive-Harvey College,   10001 South Woodlawn Avenue,    Chicago, IL 60628-1696
17838207    +Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
17838208    +Pinnacle Credit Serivc,   Po Box 640,   Hopkins, MN 55343-0640
17838210    +Santander Consumer Usa,   8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3822
17838211    +Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17838194    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 02 2012 03:12:07     Asset Acceptance,
              Po Box 2036,   Warren, MI 48090-2036
18045040    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 02 2012 03:12:07
              Asset Acceptance, LLC assignee HSBC,   PO Box 2036,   Warren, MI 48090-2036
18331084     E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2012 03:44:55     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17838204    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 02 2012 03:12:21     Midland Credit Management,
              Po Box 939019,   San Diego, CA 92193-9019
18027126    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 02 2012 03:12:21     Midland Credit Manangement, Inc.,
              8875 Aero Drive, Suite 200,   San Diego CA 92123-2255
18011899    +E-mail/Text: zenith@ebn.phinsolutions.com Aug 02 2012 09:21:50     North Star Capital Acquisition,
              170 Northpointe Pkwy,   Suite 300,   Amherst, NY 14228-1992
17838209    +E-mail/Text: rjm@ebn.phinsolutions.com Aug 02 2012 03:12:02     Rjm Acq Llc,    575 Underhill Blvd,
              Syosset, NY 11791-3426
18152922    +E-mail/Text: rjm@ebn.phinsolutions.com Aug 02 2012 03:12:02     Rjm Acquisitions Llc,
              575 Underhill Blvd, Suite 224,   Syosset, NY 11791-4437
17838212    +E-mail/Text: zenith@ebn.phinsolutions.com Aug 02 2012 09:21:50     Zenith Acquisition,
              220 John Glenn Dr # 1,   Amherst, NY 14228-2246
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17838193    ##Alpine Capital Investments LLC,   205 W Randolph St # 900,   Chicago, IL 60606-1815
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross                Page 2 of 3           Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dross             Page 3 of 3             Date Rcvd: Aug 01, 2012
                              Form ID: pdf006         Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:

```
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terrance S Leeders    on behalf of Debtor Nastassia Perry tleeders@leederslaw.com
                                                                                        TOTAL: 3
```