**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-38907-PSH |
| | § | |
| NASTASSIA PERRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,575.00 | Assets Exempt: | $3,765.23 |
| Total Distributions to Claimants: | $4,924.87 | Claims Discharged Without Payment: | $10,731.90 |
| Total Expenses of Administration: | $1,397.73 | | |

3) Total gross receipts of $8,611.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,288.40 (see **Exhibit 2**), yielded net receipts of $6,322.60 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,515.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,397.73 | $1,397.73 | $1,397.73 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,704.52 | $10,688.87 | $10,688.87 | $4,924.87 |
| **Total Disbursements** | $20,219.52 | $12,086.60 | $12,086.60 | $6,322.60 |

4). This case was originally filed under chapter 7 on 09/25/2011. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2013    By: /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $8,611.00 |
| **TOTAL GROSS RECEIPTS** | | $8,611.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Nastassia Perry | Exemptions | 8100-002 | $2,288.40 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,288.40 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa | 4110-000 | $6,515.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $6,515.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,382.26 | $1,382.26 | $1,382.26 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.95 | $4.95 | $4.95 |
| Green Bank | 2600-000 | NA | $10.52 | $10.52 | $10.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,397.73 | $1,397.73 | $1,397.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | North Star Capital Acquisition/Salute Visa Go | 7100-900 | NA | $613.64 | $613.64 | $282.73 |
| 2 | Midland Credit Manangement, Inc./ Columbus Bank & Trust | 7100-900 | $3,278.00 | $3,277.65 | $3,277.65 | $1,510.17 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $1,850.00 | $1,919.15 | $1,919.15 | $884.24 |
| 4 | Asset Acceptance, LLC assignee HSBC Bank Nevada, N.A. | 7100-900 | $671.00 | $687.23 | $687.23 | $316.64 |
| 5 | ALPINE CAPITAL INVESTMENTS, LLC | 7100-900 | $2,153.62 | $2,611.75 | $2,611.75 | $1,203.36 |
| 6 | Rjm Acquisitions Llc | 7100-000 | $68.00 | $68.40 | $68.40 | $31.52 |
| 7 | Rjm Acquisitions Llc | 7100-000 | $95.00 | $95.22 | $95.22 | $43.87 |
| 8 | Capital Recovery IV LLC/ Washington Mutual Bank | 7100-900 | NA | $794.62 | $794.62 | $366.12 |
| 9 | Jefferson Capital Systems LLC/ Tribute Mastercard | 7100-900 | $621.00 | $621.21 | $621.21 | $286.22 |
|  | Albert Law Firm | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Blatt Hasenmiller Leibsker & Moore, | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Chase | 7100-000 | $200.00 | NA | NA | $0.00 |
|  | City of Chicago | 7100-000 | $300.00 | NA | NA | $0.00 |
|  | Collection | 7100-000 | $177.00 | NA | NA | $0.00 |
|  | Collection | 7100-000 | $165.00 | NA | NA | $0.00 |
|  | Credit Management | 7100-000 | $88.00 | NA | NA | $0.00 |
|  | Jefferson Capital Syst | 7100-000 | $624.00 | NA | NA | $0.00 |
|  | Markoff & Krasny | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Midnight Velvet | 7100-000 | $50.00 | NA | NA | $0.00 |
|  | Olive-Harvey College | 7100-000 | $599.90 | NA | NA | $0.00 |
|  | Pinnacle Credit Serivc | 7100-000 | $1,623.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rjm Acq Llc | 7100-000 | $95.00 | NA | NA | $0.00 |
| Seventh Avenue | 7100-000 | $433.00 | NA | NA | $0.00 |
| Zenith Acquisition | 7100-000 | $613.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $13,704.52 | $10,688.87 | $10,688.87 | $4,924.87 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 11-38907-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PERRY, NASTASSIA | | Date Filed (f) or Converted (c): | 09/25/2011 (f) |
| For the Period Ending: | 1/17/2013 | | §341(a) Meeting Date: | 10/25/2011 |
| | | | Claims Bar Date: | 01/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Checking account with PNC | $465.23 | $0.00 | | $0.00 | FA |
| 2 Security Deposit w/ landlord, no current value to debtor $800 | $0.00 | $0.00 | | $0.00 | FA |
| 3 Miscellaneous Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 4 Miscellaneous books, cd's, videos | $200.00 | $0.00 | | $0.00 | FA |
| 5 Clothing | $500.00 | $500.00 | | $0.00 | FA |
| 6 Miscellaneous costume jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 7 Automobile, 2005 Dodge Stratus | $6,475.00 | $0.00 | | $0.00 | FA |
| 8 Tax Refund (u) | $0.00 | $8,611.00 | | $8,611.00 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$8,340.23     $9,111.00     $8,611.00     $0.00

**Major Activities affecting case closing:**
Tax intercept.
Request for status from IRS RE Tax Refund.
TFR completed for Trustee's review.
Prepare TDR
Waiting for Distribution checks to clear to prepare TDR.

**Initial Projected Date Of Final Report (TFR):** 05/30/2013     /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 05/30/2013     DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-38907-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PERRY, NASTASSIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9170 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/26/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2012 | (8) | United States Treasury | Tax Refund | 1224-000 | $8,611.00 | | $8,611.00 |
| 05/08/2012 | 3001 | Nastassia Perry | Entitled portion of Tax refund. | 8100-002 | | $2,288.40 | $6,322.60 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.52 | $6,312.08 |
| 08/24/2012 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.95 | $6,307.13 |
| 08/24/2012 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,382.26 | $4,924.87 |
| 08/24/2012 | 3004 | North Star Capital Acquisition/Salute Visa Go | Claim #: 1; Amount Claimed: 613.64; Amount Allowed: 613.64; Distribution Dividend: 46.07; | 7100-900 | | $282.73 | $4,642.14 |
| 08/24/2012 | 3005 | Midland Credit Manangement, Inc./ | Claim #: 2; Amount Claimed: 3,277.65; Amount Allowed: 3,277.65; Distribution Dividend: 46.07; | 7100-900 | | $1,510.17 | $3,131.97 |
| 08/24/2012 | 3006 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 1,919.15; Amount Allowed: 1,919.15; Distribution Dividend: 46.07; | 7100-900 | | $884.24 | $2,247.73 |
| 08/24/2012 | 3007 | Asset Acceptance, LLC assignee HSBC Bank | Claim #: 4; Amount Claimed: 687.23; Amount Allowed: 687.23; Distribution Dividend: 46.07; | 7100-900 | | $316.64 | $1,931.09 |
| 08/24/2012 | 3008 | ALPINE CAPITAL INVESTMENTS, LLC | Claim #: 5; Amount Claimed: 2,611.75; Amount Allowed: 2,611.75; Distribution Dividend: 46.07; | 7100-900 | | $1,203.36 | $727.73 |
| 08/24/2012 | 3009 | Rjm Acquisitions Llc | Claim #: 6; Amount Claimed: 68.40; Amount Allowed: 68.40; Distribution Dividend: 46.07; | 7100-000 | | $31.52 | $696.21 |
| 08/24/2012 | 3010 | Rjm Acquisitions Llc | Claim #: 7; Amount Claimed: 95.22; Amount Allowed: 95.22; Distribution Dividend: 46.07; | 7100-000 | | $43.87 | $652.34 |
| 08/24/2012 | 3011 | Capital Recovery IV LLC/ Washington Mutual Bank | Claim #: 8; Amount Claimed: 794.62; Amount Allowed: 794.62; Distribution Dividend: 46.07; | 7100-900 | | $366.12 | $286.22 |
| 08/24/2012 | 3012 | Jefferson Capital Systems LLC/ Tribute Mastercard | Claim #: 9; Amount Claimed: 621.21; Amount Allowed: 621.21; Distribution Dividend: 46.07; | 7100-900 | | $286.22 | $0.00 |

| | | | | SUBTOTALS | $8,611.00 | $8,611.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 11-38907-PSH | |
| **Case Name:** | PERRY, NASTASSIA | |
| **Primary Taxpayer ID #:** | ******9170 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/26/2011 | |
| **For Period Ending:** | 1/17/2013 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******0701 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $8,611.00 | $8,611.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $8,611.00 | $8,611.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $2,288.40 | |
| | | | **Net** | | $8,611.00 | $6,322.60 | |

**For the period of 9/26/2011 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,611.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,611.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,322.60 |
| Total Non-Compensable Disbursements: | $2,288.40 |
| Total Comp/Non Comp Disbursements: | $8,611.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/01/2012 to 1/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,611.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,611.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,322.60 |
| Total Non-Compensable Disbursements: | $2,288.40 |
| Total Comp/Non Comp Disbursements: | $8,611.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-38907-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | PERRY, NASTASSIA | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******9170 | **Checking Acct #:** ******0701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/26/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/17/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,611.00 | $8,611.00 | $0.00 |

| For the period of 9/26/2011 to 1/17/2013 | | For the entire history of the case between 09/25/2011 to 1/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,611.00 | Total Compensable Receipts: | $8,611.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,611.00 | Total Comp/Non Comp Receipts: | $8,611.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,322.60 | Total Compensable Disbursements: | $6,322.60 |
| Total Non-Compensable Disbursements: | $2,288.40 | Total Non-Compensable Disbursements: | $2,288.40 |
| Total Comp/Non Comp Disbursements: | $8,611.00 | Total Comp/Non Comp Disbursements: | $8,611.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ